IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Criminal No. 3:13-00272 |
| | ) | Judge Trauger |
| DONALD RAY ANDERSON | ) | |

**O R D E R**

It is hereby **ORDERED** that the change of plea hearing scheduled for February 10, 2014 at 11:00 a.m. is **RESET** for the same day at 2:00 p.m.

It is so **ORDERED**.

ENTER this 7th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge